| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | KIMBERLY BRIGGS<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-** |
| 7 | FAX: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No CR 07-70324 |
|---|---|---|
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| v. | ) | |
| SHANENEE MYESIA PROSSER, | ) | |
| Defendant. | ) | |

　　Please take notice that as of June 6, 2007, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

　　　　　　　　Assistant U.S. Attorney KIMBERLY BRIGGS
　　　　　　　　1301 Clay Street, Suite 340S
　　　　　　　　Oakland, CA 94612
　　　　　　　　Telephone: (510) 637-3695

DATED:  June 6, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/S/ _____
　　　　　　　　　　　　　　　　　KIMBERLY BRIGGS
　　　　　　　　　　　　　　　　　Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document

[SUBSTITUTION OF ATTORNEYS -  CR 07-70324]