```
1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK KROTOSKI, (CABN 138549)
3  Chief, Criminal Division

4  BRYAN R. WHITTAKER (TXSBN 24047097)
   Special Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, CA 94612
      Telephone: (510) 637-3740
7     FAX: (510) 637-3724

8  Attorneys for the United States
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SHANENEE MYESIA PROSSER, )<br>)<br>Defendant. )<br>_____ ) | No. CR-07-70324 WDB<br><br>SUBSTITUTION OF ATTORNEY |

Please take notice that as of June 7, 2007, the Special Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

Special Assistant U.S. Attorney Bryan R. Whittaker
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3740
Bryan.Whittaker@usdoj.gov

DATED: June 7, 2007            Respectfully submitted,

                               SCOTT N. SCHOOLS
                               United States Attorney

                               _____/s/_____
                               BRYAN R. WHITTAKER
                               Assistant United States Attorney