# UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
v.
**SHANENEE MYESIA PROSSER**

**COMMITMENT TO ANOTHER DISTRICT**

FILED
JUN 8 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70324-WDB | 1:07MJ00133 SMS | 4-07-70324-WDB | 1:07MJ00133 SMS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of Title 18   U.S.C. § 287 (Two Counts)

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of California, Fresno

**DESCRIPTION OF CHARGES:**

The defendant did knowingly submit a false claim to the Internal Revenue Service, an agency of the United States.

**CURRENT BOND STATUS:**

☒ ~~Bail Fixed at~~   The defendant was released on her Own Recognizance (O/R) on June 4, 2007.

☒ Other (specify)   On June 7, 2007, the defendant admitted her identity and waived her Identity/Removal Hearing in the District of Arrest.

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

IT IS HEREBY ORDERED THAT: the defendant must report to the United States District Court for the Eastern District of California, Fresno before the General Duty Magistrate Judge Sandra M. Snyder on **Friday, June 22, 2007 at 1:30 p.m.** and when summoned by that District, and to abide by further orders of that Court.

IT IS FURTHER ORDERED THAT: the defendant must appear before this Court on **Friday, June 29, 2007 at 10:00 a.m.** for a Status Hearing unless otherwise notified by the defendant's attorney that the hearing date has been vacated by this Court.

6-8-07
Date

United States ~~Judge or~~ Magistrate Judge **WAYNE D. BRAZIL**

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |