**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 22, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Courtroom 4
Oakland, CA 94612

    Re:    United States v. Shanenee Prosser, CR 07 70324 WDB

Dear Magistrate Judge Brazil:

    The United States Attorney in the Eastern District has informed me that Ms. Prosser will not be afforded the opportunity to negotiate a Rule 20 disposition. By stipulation, Ms. Prosser will be appearing in Fresno on July 2, 2007, before the district court. Accordingly, I ask that you take the status conference, presently scheduled for June 29, 2007, off calendar.

    Please let me know if the Court desires anything further.

    Respectfully submitted,

    BARRY J. PORTMAN
    Federal Public Defender

    /S/
    JEROME MATTHEWS
    Assistant Federal Public Defender

cc:    SAUSA Bryan Whittaker